# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN KERR, a/k/a Allah, | : | |
| Petitioner | : | |
| | : | No. 1:21-cv-199 |
| v. | : | |
| | : | (Judge Rambo) |
| WARDEN OF USP ALLENWOOD, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 18th day of May 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**. Any claims challenging Petitioner's conditions of confinement are **DISMISSED WITHOUT PREJUDICE** to his right to assert them in a civil rights action. Any claims challenging Petitioner's criminal conviction are **DISMISSED** for lack of jurisdiction **WITHOUT PREJUDICE** to Petitioner's right to file a § 2255 motion in the sentencing court, subject to the pre-authorization requirements set forth in 28 U.S.C. §§ 2244 and 2255(h), as they may apply; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Sylvia H. Rambo
United States District Judge